MARGARET COWELL, as Administratrix of the Estate of EDWARD COWELL, Deceased, Respondent, v. ELIZABETH SAPERSTON, Appellant, Impleaded with Another.

*Cowell* v. *Saperston*, 149 App. Div. 373, affirmed.
(Argued May 6, 1913; decided May 20, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 8, 1912, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for the death of plaintiff's intestate alleged to have been occasioned by the negligence of defendant in operating an automobile.

*Clinton B. Gibbs* for appellant.

*Joseph A. Wechter* and *Andrew B. Gilfillan* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., WERNER, HISCOCK, CHASE and COLLIN, JJ. Not voting: HOGAN, J. Absent: WILLARD BARTLETT, J.